RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
RICHARD ROYCE WHITE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | Case No.: 2:03-CR-383-RCJ-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE THE REVOCATION HEARING** |
| vs. | (First Request) |
| RICHARD ROYCE WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Roger Yang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and PAUL D. RIDDLE, Assistant Federal Public Defender, counsel for RICHARD ROYCE WHITE, that the revocation hearing scheduled on Thursday, March 19, 2015 at 3:30 p.m. be vacated and be continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The defendant is in custody but does not oppose the continuance.

2.     Defense counsel has been informed that the family of Mr. White is seeking to retain private counsel. Additional time is needed for them to complete the process and for new counsel to file a motion to substitute.

1        This is the first request for a continuance of the revocation hearing.

2

3    DATED :  March 17, 2015

4

5

6    RENE L. VALLADARES                    DANIEL G. BOGDEN,
     Federal Public Defender               United States Attorney

7

8    By: /s/ Paul D. Riddle                By:   /s/ Roger Yang
     PAUL D. RIDDLE                        ROGER YANG
9    Assistant Federal Public Defender     Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-CR-383-RCJ-PAL |
| Plaintiff, | ORDER |
| vs. | |
| RICHARD ROYCE WHITE, | |
| Defendant. | |

**ORDER**

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 19, 2015 at 3:30 p.m. , be vacated and continued to _ Thursday, 4/16/2015 the hour of __ 2:30 p.m. in Las Vegas courtroom 4B.

Dated this 19th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE